IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Young Hee Cho | ) |
|     Plaintiff, | ) Case No. 15-cv-08151 <br> ) <br> ) Judge Honorable Joan H. Lefkow |
| v. | ) |
| Maru Restaurant, Inc. and Hye Yong Choi | ) <br> ) Magistrate Judge Sidney I. Schenkier |
|     Defendants. | ) |

**FINAL JUDGMENT ORDER IN A CIVIL CASE**

This matter coming to be heard on the plaintiffs' Motion for Entry Default Judgment, due notice having been given and the Court being advised in the premises, IT IS HEREBY ORDERED;

Judgment is entered in favor of the plaintiff, Young Hee Cho against defendants, Maru Restaurant, Inc. and Hye Yong Choi, jointly and severally, in the amount of $19,694.66 plus attorney's fees and cost, post judgment interest, and costs of collection.

Enter:

Date: AUG 1 6 2016

Ho. Joan H. Lefkow
United States District Judge